SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
GWENDOLYN M. GAMBLE (State Bar No. 143267)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6684
    Facsimile: (213) 894-7819
    E-mail: gwen.gamble@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JRN, a minor, by and through her Guardian Ad Litem, Erika Novoa; Erika Novoa, individually; and Pablo Ramirez, individually,<br><br>Plaintiffs,<br><br>v.<br><br>Christopher Winkle, M.D.; et al.,<br><br>Defendants. | Case No. SACV 17-01878 AG (JDEx)<br><br>**ORDER DISMISSING AND REMANDING**<br><br><br>Honorable Andrew J. Guilford |

    IT IS HEREBY ORDERED THAT defendant United States of America be dismissed from the above-captioned action without prejudice, each party to bear their own costs and fees.

    IT IS HEREBY FURTHER ORDERED that the action between plaintiffs and defendants Christopher Winkle, M.D. (solely as to claims *other than* those seeking

1

damages for prenatal care Dr. Winkle provided at Central City Community Health Center), Garden Grove Hospital, and Does 1 to 100, be remanded to the Superior Court of the State of California, County of Orange, Central Justice Center.

DATED: December 04, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE